No. 127. MACKAY RADIO & TELEGRAPH CO. *v.* RADIO CORPORATION OF AMERICA. March 6, 1939. Ordered that the opinion in this case be modified by substituting for the last five lines of the third paragraph on page 8, the following: "to wire lengths not multiples of half wave lengths, must fail, because such structures are not within the invention described in the application."

And by striking from the third line on page 11 of the opinion the words "the angle of."

And by striking from the opinion the full sentence beginning in the fourth line on page 11.

The petition for rehearing is denied.

Reported as amended, *ante*, p. 86.

No. 515. LIFSON, ADMINISTRATOR, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. March 6, 1939. Motion for leave to file petition for rehearing denied. 305 U. S. 662.

No. —. PORESKY *v.* ELY, GOVERNOR, ET AL. March 13, 1939. Application denied.

No. 312. TAYLOR ET AL., INDEPENDENT COMMITTEE, *v.* STANDARD GAS & ELECTRIC CO. ET AL. March 13, 1939. The opinion of the Court announced February 27, 1939, is amended in the following particulars:

In the next to the last line, and the last line, of the first full paragraph on page 4 the words "to be assumed by the new company and," and the word "debentures" are stricken out and, at the end of the sentence, the words "debtor's notes" are to be inserted so that the sentence will read: "Standard's claim to the extent of $3,500,000 was to stand on a parity with the debtor's notes."

Reported as amended, *ante*, p. 307.